RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 0 5 2025

DANIEL J. MCCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00291-01 |
| VERSUS | Judge Doughty |
| ALVIEYLE O. MOORE | Magistrate Judge McClusky |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
False Information and Hoaxes Related to Purported Chemical Weapons
18 U.S.C. §§ 1038(a)(1)(A) & (c)

On or about August 15, 2025, in the Western District of Louisiana and elsewhere, the defendant, **Alvieyle O. Moore**, knowingly engaged in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, is taking, and will take place, that would constitute a violation of Chapter 11B of Title 18 of the United States Code; that is, the defendant knowingly caused to be mailed a stamped envelope to Supreme Court, 1st NE Washington, DC 20543, containing a white, powdery substance and handwritten note stating "IF You Are Reading this you are gonna die soon because this letter is laced with Fentanyl!!"

All in violation of Title 18, United States Code, Sections 1038(a)(1)(A) and (c).

[18 U.S.C. §§ 1038(a)(1)(A) & (c)]

## COUNT TWO
Mailing Threatening Communications
18 U.S.C. §876(c)

On or about August 15, 2025, in the Western District of Louisiana and elsewhere, the defendant, **Alvieyle O. Moore**, knowingly caused to be deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly caused to be delivered by the Postal Service according to the directions thereon, a written communication, addressed to Supreme Court, 1st NE Washington, DC 20543, and containing a threat to injure Supreme Court Justices and the person of another.

All in violation of Title 18, United States Code, Section 876(c). [18 U.S.C. §876(c)]

A TRUE BILL:

REDACTED
GRAND JURY FOREPERSON

ZACHARY A. KELLER
United States Attorney

SETH D. REEG, LA Bar #34184
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
Telephone: (318) 676-3600