RECEIVED
USDC, WESTERN DISTRICT OF LA
DANIEL J. McCOY, CLERK

DATE: 1/30/26
BY: [signature]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:25-cr-00291 |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| ALVIEYLE O. MOORE | * | MAGISTRATE JUDGE MCCLUSKY |

## FACTUAL BASIS

This factual basis is submitted in accordance with Federal Rule of Criminal Procedure 11(f). The parties signing below agree and stipulate to the following factual matters as the basis for the defendant, **Alvieyle O. Moore**, pleading guilty to Count One of the indictment:

On or about August 15, 2025, Moore caused a letter to be mailed from the Jackson Parish Jail in Jonesboro, Louisiana to the United States Supreme Court. The letter was addressed to Supreme Court, 1st NE Washington, DC 20543 and had Moore's name and a return address at the Jackson Parish Jail. On August 21, 2025, the letter arrived at the Supreme Court of the United States warehouse facility. While processing the letter, mail processing employees found inside approximately 1 tablespoon of a white, powdery substance and a letter which stated, "IF You Are Reading this you are gonna die soon because this letter is laced with Fentanyl!!" Based on the powder and the letter, the mail facility was evacuated and a Hazardous Materials Response Team responded. The substance tested negative for fentanyl and was determined to be corn starch. Fentanyl is a toxic chemical which can cause death, temporary incapacitation or permanent harm to humans.

1

WHEREFORE, the parties signing below agree and stipulate that preceding paragraphs adequately describe the defendant's role in the offense listed above for purposes of establishing his guilt beyond a reasonable doubt.

Dated: 1/5/2026

_____
CHARLES H. KAMMER, III
Counsel for Defendant

Dated: 1/5/2026

_____
ALVIEYLE O. MOORE
Defendant

Dated: 1/9/26

ZACHARY A. KELLER
United States Attorney

_____
SETH D. REEG, LA Bar No. 34184
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600

2