<u>DECISION REGARDING MY APPEAL</u>

I am the defendant in <u>**USA v**</u>_____**Cr. No.**

I understand that I have the right to appeal the conviction and sentence in this case and to have the assistance of appointed counsel on appeal.  I understand that I do not have to pay for the appeal.  I understand that if I want to appeal, I must notify the court within fourteen days of entry of judgment in my case.  Having discussed my appeal rights with my attorney, I make the following decision with regard to my appeal:

[WRITE YOUR INITIALS NEXT TO **ONE** CHOICE ONLY.]

_____        I DO NOT want to appeal

_____        I wish to appeal my SENTENCE ONLY

_____        I wish to appeal my CONVICTION and SENTENCE

_____        I wish to appeal my PRETRIAL MOTION

Further, I authorize my attorney to file this document in the public records of the court.

_____        _____
DEFENDANT SIGNATURE        WITNESS SIGNATURE
                           NAME: _Charlo ld. Kammer III_

DATE: _5/21/26_        DATE: _5/21/26_